IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3138 |
| v. ) | |
| ) | |
| PHILLIP EMANUEL CAMACHO, ) | |
| ) | ORDER |
| Defendants. ) | |
| ) | |

IT IS ORDERED:

Defendant's unopposed motion to continue, filing 24, is granted and the deadline for filing pretrial motions is extended to February 6, 2006.

DATED this 23rd day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge