IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3138 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING OF MOTION |
| vs. | ) | UNDER 28 U.S.C. § 2255 |
| | ) | |
| PHILLIP EMANUEL CAMACHO, | ) | |
| | ) | |
| Defendant. | ) | |

The United States Attorney is notified of the filing on November 21, 2006, of a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, filing 133. The United States shall have until December 29, 2006, in which to respond.

Dated November 28, 2006.

        BY THE COURT

        s/ Warren K. Urbom
        United States Senior District Judge