IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3138 |
| | ) | |
| V. | ) | |
| | ) | |
| PHILLIP EMANUEL CAMACHO, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America, and against the defendant, Phillip Emanual Camacho, providing that he shall take nothing, and his motion to vacate conviction (filing 133) is denied with prejudice.

January 8, 2007   BY THE COURT:

*s/Richard G. Kopf*
United States District Judge